SMITH *v.* BATESVILLE SECURITY BANK.

No. 39304          October 25, 1954          75 So. 2d 77

*D. R. Johnson,* Batesville; *James Stone & Sons,* Oxford, for appellant.

*McClure & McClure,* Sardis; *Robert T. Riser,* Batesville, for appellee.

HALL, J.

This case presents a disputed question of fact which was resolved by the chancellor in favor of appellee. There was evidence sufficient to support a decree for either party. ██ █ We have carefully considered the whole record and we are unable to say that the decision of the lower court was manifestly wrong or against the

42

great weight of the evidence. Therefore, under our decisions, the judgment of the lower court is affirmed.

Affirmed.

*McGehee, C. J.,* and *Kyle, Holmes* and *Gillespie, JJ.,* concur.